# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 15-cr-00038-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN MANUEL GAMON LOPEZ,

    Defendant.

## ORDER VACATING TRIAL DATES AND
## ORDER TO CALL TO SET CHANGE OF PLEA HEARING

In response to the Notice of Disposition (Doc. # 16) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for April 6, 2015 and the 3-day jury trial set to commence on April 20, 2015 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* email (Arguello_Chambers@cod.uscourts.gov) no later than April 17, 2015, to set this matter for a Change of Plea Hearing and immediate Sentencing. It is

FURTHER ORDERED that the Probation Office shall submit a Memorandum, which confirms that the Plea Agreement encompasses all countable criminal convictions and incorporates the correct statutory penalties and advisory guideline imprisonment rante.

DATED: April 3, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge