**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 15-cr-00038-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN MANUEL GAMON LOPEZ,

    Defendant.

_____

**ORDER**
_____

    PURSUANT to and in accordance with the Order entered by the Honorable Christine M. Arguello on April 21, 2015, it is

    ORDERED that Defendant Lopez is sentenced to TIME SERVED.

    DATED:  April 21, 2015

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge